*E-FILED - 11/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC NICHOLAS, | No. C 08-04082 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Respondents. | (Docket No. 6) |

Petitioner, a state prisoner proceeding pro se, filed a "Notice of Appeal" from a final judgment issued by the Supreme Court of California on August 13, 2008. The court construed it as a 28 U.S.C. § 2254 petition. On September 30, 2008, the court dismissed the petition with leave to amend and directed petitioner to file either an amended complaint or amended petition by October 30, 2008. Petitioner now requests an enlargement of time to comply. The court concludes that petitioner has shown good cause for such extension. Accordingly, petitioner's request (docket no. 6) is GRANTED.

Petitioner shall file an amended complaint or amended petition **within thirty (30) days** of the date of this order.

The Clerk is directed to send petitioner a blank civil rights complaint and habeas corpus petition.

1     This order terminates docket no. 6.

2     IT IS SO ORDERED.

3 DATED:  11/10/08           _____ for
4                               RONALD M. WHYTE
                              United States District Judge

**United States District Court**
For the Northern District of California