*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC NICHOLAS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Respondents. | No. C 08-4082 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/13/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Nicholas082jud.wpd       1