*E-FILED - 3/18/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ISAAC NICHOLAS, | ) | No. C 08-4082 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING CERTIFICATE OF APPEALABILTY |
| vs. | ) ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Respondents. | ) ) ) | (Docket No. 14) |

  Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking enforcement of an injunction order from a separate case, and challenging (1) his out-of-state transfer while he suffers from a serious medical condition and (2) medical staff's deliberate indifference to his serious medical needs.  The court noted that petitioner's claims were more appropriately addressed in a civil rights complaint pursuant to 42 U.S.C. § 1983 and dismissed the petition because it did not challenge the duration or legality of his confinement or sentence under § 2254.  Petitioner has filed a motion for a certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

  Upon the filing of a notice of appeal and a request for a certificate of appealability (COA), the district court shall indicate which specific issue or issues satisfy the standard for

Order Denying Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.08\Nicholas082coaden.wpd

1  issuing a certificate, or state its reasons why a certificate should not be granted.  See United
2  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)).
3        The court concludes that petitioner has not shown "that jurists of reason would find it
4  debatable whether the petition states a valid claim of the denial of a constitutional right and that
5  jurists of reason would find it debatable whether the district court was correct in its procedural
6  ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, petitioner's request for a
7  certificate of appealability is DENIED.
8        The clerk shall serve notice of this order forthwith to the United States Court of Appeal
9  and to the parties.  See Fed. R. App. P. 24(a).
10        This order terminates docket no. 14.
11        IT IS SO ORDERED.
12  DATED:  3/16/09

RONALD M. WHYTE
United States District Judge

Order Denying Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.08\Nicholas082coaden.wpd

2